

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN THE MATTER OF D. I. R., A JUVENILE, | § | No. 08-20-00178-CV |
| | § | Appeal from the |
| Appellant. | | |
| | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 1700081) |
| | § | |

## **O R D E R**

On September 10, 2020, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On September 18, 2020, the State filed an objection. The Court finds State's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record (2 volumes + 1 exhibit volume) received on September 16, 2020 has this day been filed. The Clerk's Record is due October 18, 2020.

IT IS SO ORDERED this 18th day of September, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.